**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 154 EAL 2015
:
                    Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
JOSE VARGAS, :
:
                    Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.